**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Efren ARANA–OLIVAS, Defendant–Appellant.**

No. 06–50278.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 13, 2007.*

Filed Aug. 22, 2007.

Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Diane Marie Regan, Esq., Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: KLEINFELD, SILVERMAN, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Efren Arana–Olivas appeals from the district court's revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Arana–Olivas' challenge to the constitutionality of the supervised release sentencing scheme is foreclosed by this court's decision in *United States v. Huerta–Pi-*

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*mental,* 445 F.3d 1220, 1224–25 (9th Cir. 2006) (explaining why supervised release sentencing scheme does not violate *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000)).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.